IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY J. KEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| BLUE LINE DISTRIBUTING, INC., a foreign corporation, | : | |
| Defendant. | : | No.: 07 - 460 |

**NOTICE OF REMOVAL**
**ON GROUND OF DIVERSITY OF CITIZENSHIP**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant Blue Line Distributing, Inc. ("Blue Line") respectfully submits the following Notice of Removal to the United States District Court for the District of Delaware and in support thereof states as follows:

1. There is a certain action presently pending in the Superior Court of Delaware, New Castle County, Delaware bearing docket no. 07C-06-055-MMJ wherein Jeffrey J. Kee is the plaintiff and Blue Line Distributing, Inc. is the named defendant.

2. The Complaint was filed on or about June 4, 2007. A courtesy copy of the Complaint was received by counsel for Blue Line Distributing, Inc. on June 26, 2007. A copy of the Complaint is attached hereto as Exhibit "A" and constitutes all process, pleadings and orders to date in this action.

3. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one which may be removed to this Court by the defendant herein, pursuant to the provisions of 28 U.S.C.

§1441, *et seq.*, in that it is a civil action between citizens of different countries and the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, to wit:

    (a)    Plaintiff is a citizen of the State of Delaware; and

    (b)    Defendant Blue Line Distributing, Inc. is a foreign corporation organized and existing under the laws of the Province of Canada with its principal place of business located in Ontario, Canada.

4.    This Notice of Removal is being filed within the time period required by law under 28 U.S.C. §1446(b).

WHEREFORE defendant Blue Line Distributing, Inc. respectfully requests that this action now pending against it in the Superior Court of Delaware, New Castle County, Delaware, be removed therefrom to this Court.

Respectfully submitted,

Marc Snyder, Esquire
ID No.: 3791
Rosen, Moss, Snyder & Bleefeld, LLP
1813 Marsh Road, Suite D
Wilmington, DE 19810
(302) 475-8060

Attorneys for Defendant
Blue Line Distributing, Inc.

OF COUNSEL:

Veronica W. Saltz, Esquire
Saltz Polisher P.C.
993 Old Eagle School Road, Ste. 412
Wayne, PA 19087

Dated: July 23, 2007



EFiled: Jun 4 2007 1:47PM EDT
Transaction ID 15091448
Case No. 07C-06-055 MMJ

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| JEFFREY J. KEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 07C- 06-055-MMJ ) |
| BLUE LINE DISTRIBUTING, INC., a foreign corporation, | ) NON-ARBITRATION CASE ) ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## COMPLAINT

1. The Plaintiff, Jeffrey J. Kee, is a resident of the State of Delaware and resides at 409 Greenhill Avenue, Apt. 1, Wilmington, Delaware 19805.

2. The Defendant Blue Line Distribution, Inc., is a foreign corporation and conducts business at 8175 Lawson Road, Milton, Ontario, Canada M8W 4A3. Upon information and belief, the Defendant conducts business in Delaware and in accordance with 10 Del.C. 3104 service can be made by serving their registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

3. On or about January 25, 2007, the Plaintiff was at all times herein relevant exercising due care and was stopped on the shoulder of the roadway with his emergency lights activated near the City of Benton, County of Saline, State of Arkansas.

4. At or about the same time and place the decedent, Milivoj Strbac, who was acting in the course and scope of his employment as the agent and/or employee of Blue Line Distributing, Inc., and was proceeding on Interstate 30, near the City of Benton, County of Saline, State of Arkansas, and caused the vehicle he was operating

EXHIBIT "A"

to leave the roadway and thereafter caused his vehicle to strike Plaintiff's vehicle with force and violence.

5. The tortfeasor was negligent in that he:

(a) Failed to maintain a proper lookout;

(b) Failed to maintain proper control over his vehicle;

(c) Operated his motor vehicle in a careless manner in violation of 21 Del.C. §4176(a);

(d) Operated his motor vehicle in an imprudent manner in violation of 21 Del.C. §4176(a);

(e) Operated his vehicle without due regard for road and traffic conditions then existing in violation of 21 Del.C. §4176(a);

(f) Failed to maintain a proper lookout in violation of 21 Del.C. §4176(b);

(g) Failed to give his full time and attention to the operation of his motor vehicle in violation of 21 Del.C. §4176(b);

(h) Failed to control the speed of his motor vehicle as was necessary to avoid colliding with another vehicle on the highway in violation of 21 Del.C. §4168;

(i) Drove on the shoulder of the road.

6. Each of the aforementioned acts of negligence of the tortfeasor is attributable to the Defendant by reason of the doctrine of respondeat superior.

7. Each of the aforementioned acts of negligence of the Defendant constitutes the proximate cause of the collision and injuries and damages resulting to the Plaintiff.

8. As a proximate result of the aforesaid negligence of the Defendant, the Plaintiff has suffered the following injuries and damages:

    (a) Personal injuries all of which may be permanent;

    (b) Pain and suffering;

    (c) Medical expenses not covered by 21 Del. C. §2118, plus future medical expenses.

    (d) Lost wages not covered by 21 Del.C. §2118, plus future lost wages and loss of earning capacity.

WHEREFORE, Plaintiff demands judgment against the Defendant for personal injuries, pain and suffering, past and future medical expenses, past and future lost wages, interest pursuant to 6 Del. C.§2301(d), and court costs.

                  WEIK, NITSCHE, DOUGHERTY & COMPONOVO

                  BY: /S/ GARY S. NITSCHE    I.D. No. 2617
                         GARY S. NITSCHE
                         1300 N. Grant Avenue, Suite 101
                         P.O. Box 2324
                         Wilmington, DE 19899
                         Attorney for Plaintiff

| ⚜JS 44 (Rev. 11/04) | CIVIL COVER SHEET | 07-460 |
|---|---|---|

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Jeffrey J. Kee

**DEFENDANTS**
Blue Line Distributing, Inc.

**(b)** County of Residence of First Listed Plaintiff   New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Gary S. Nitsche
Weik, Nitsche, Dougherty & Componovoi
1300 N. Grant Avenue, Suite 101
Wilmington, DE 18989

Attorneys (If Known) Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P., 1813 Marsh Road,
Suite D, Wilmington, DE 19810

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | / ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332
Brief description of cause:
Motor Vehicle/Tractor Trailer personal injury

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 7-23-07
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

0 7 - 4 6 0

# ROSEN, MOSS, SNYDER & BLEEFELD, L.L.P.

Attorneys at Law

MARC H. SNYDER*+†
EMAIL: msnyder@rmshlaw.com

* MEMBER PA BAR
+ MEMBER NJ BAR
† MEMBER DE BAR

1813 MARSH ROAD
SUITE D
WILMINGTON, DE 19810
(302) 475-8060
FAX NO. (302) 475-8182

NEW JERSEY OFFICE

GLENDALE EXECUTIVE CAMPUS
1000 WHITEHORSE ROAD
SUITE 914
VOORHEES, NJ 08043
(856) 772-0040
FAX NO. (856) 772-9202

PENNSYLVANIA OFFICE

8380 OLD YORK ROAD
SUITE 410
ELKINS PARK, PA 19027
(215) 935-0315
FAX NO. (215) 935-0326

BRISTOL OFFICE

132 MILL STREET
BRISTOL, PENNSYLVANIA 19007
(215) 935-0315
FAX NO. (215) 935-0326

July 23, 2007

*Via Overnight Mail*
U.S. District Court for the
District of Delaware
844 North King Street
Room 4209
Lock Box 18
Wilmington, DE 19801

RE: Jeffrey J. Kee v. Blue Line Distributing, Inc.

Dear Sir/Madam:

Enclosed please find an original and three (3) copies of Defendant's Notice of Removal from State Court to Federal Court. Please file the original and send the time-stamped copies to my office in the enclosed, self-addressed envelope. I have also enclosed check number 1027 in the amount of $350.00 which represents the filing fee.

Should you have any questions, please feel free to contact me.

Very truly yours,

MARC H. SNYDER

MHS/flk
Enclosures
cc:  Gary S. Nitsche, Esquire (w/enclosures)
     Veronica Saltz, Esquire (w/enclosures)