# WEIK, NITSCHE, DOUGHERTY & COMPONOVO

*ATTORNEYS AT LAW*
1300 N. GRANT AVENUE, SUITE 101
P.O. BOX 2324
WILMINGTON, DE 19899
www.weiknitsche.com

Joseph W. Weik
Gary S. Nitsche, P.A.*
Shawn Dougherty
W. Christopher Componovo

E-mail: ccomponovo@attys4u.com

Phone (302) 655-4040
Fax (302) 654-4892

Georgetown Office
Phone (302) 856-9868
(By Appointment Only)

*Also admitted in PA and NJ

August 8, 2007

U.S. District Court for the
District of Delaware
ATTN: Court Clerk
844 North King Street, Room 4209, Lock Box 18
Wilmington, DE 19801

VIA HAND DELIVERY

RE:   Jeffrey J. Kee v. & Blue Line Distribution, Inc.,
      CA Number:  07C-06-055

To Whom It May Concern:

Please be advised that with respect to the above-referenced matter, Defendant Blue Line Distributing has filed a Notice of Removal to Federal Court on the grounds of diversity of citizenship. Please be advised that Plaintiff, Jeffrey J. Kee, by and through his undersigned attorney, does not oppose said removal. I am available if the Court has any further questions regarding this matter. Thank you.

Respectfully submitted,

W. Christopher Componovo

WCC/cms
cc:  Marc Snyder, Esquire (via fax to 475-8182)