

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-460 JJF

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.



7/24/07
(Date forms issued)

X _____
(Signature of Party or their Representative)

X  MARC SNYDER, ESQU. 2{
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action