IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY J. KEE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BLUE LINE DISTRIBUTING, INC., | : | |
| a foreign corporation, | : | |
| | : | |
| Defendant. | : | No.: 07-cv-460 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Veronica W. Saltz, Esquire to represent Blue Line Distributing, Inc. in this matter.

_____
Marc Snyder, Esquire
Attorney ID No.: 3791
Rosen, Moss, Snyder & Bleefeld, LLP
1813 Marsh Road, Suite D
Wilmington, DE 19810

Attorney for Defendant
Blue Line Distributing, Inc.

Dated: 8-16-07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY J. KEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| BLUE LINE DISTRIBUTING, INC., a foreign corporation, | : | |
| Defendant. | : | No.: 07-cv-460 |

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Veronica W. Saltz, Esquire
Saltz Polisher P.C.
993 Old Eagle School Road, Suite 412
Wayne, PA 19087
(610) 964-3333

Attorney for Defendant
Blue Line Distributing, Inc.

Dated: 8/16/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY J. KEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| BLUE LINE DISTRIBUTING, INC., a foreign corporation, | : | |
| Defendant. | : | No.: 07-cv-460 |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

                                             _____
                                             United States District Judge