IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY J. KEE,                :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 07-460-JJF
                               :
BLUE LINE DISTRIBUTING, INC.   :
                               :
        Defendant.             :

**ORDER**

At Wilmington, this 18th of April 2008, for the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that Defendant Blue Line's Motion to Dismiss (D.I. 3) is **GRANTED**.

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE